ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
LAW OFFICES OF STEVEN J. PARSONS
Andrew@SJPlawyer.com
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 384-9900
F: (702) 384-5900

Attorney for Plaintiff
MELISSA INGLEBY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA INGLEBY, an individual, | Case No.: 2:17-cv-01818-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MED JAMES, INC., a foreign corporation; DOES I thru X, inclusive; ROE CORPORATIONS I thru X, inclusive, | |
| Defendants. | |

The parties, by and through their counsel, hereby stipulate to dismiss this matter, with prejudice, with both sides bearing their own fees and costs.

Dated: Friday, November 17, 2017.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | OLSON CANNON, ET. AL. |
| By:/s/ Andrew L. Rempfer | By:/s/ Felicia Galati |
| Attorney for Plaintiff<br>MELISSA INGLEBY | Attorney for Defendant<br>MED JAMES, INC. |

**IT IS SO ORDERED**

_____
United States District Court Judge
Dated: November 20, 2017.

